The **NATIONAL STATE BANK OF NEWARK**, a National Banking Association

v.

**TERMINAL CONSTRUCTION CORPORATION, a New Jersey Corporation and American Surety Company of New York, a New York Corporation, Appellants.**

No. 14559.

United States Court of Appeals Third Circuit.

Argued Feb. 18, 1964.

Decided March 4, 1964.

Aaron Heller, Passaic, N. J. (Heller & Laiks, Passaic, N. J., on the brief), for appellants.

Samuel A. Larner, Newark, N. J. (Budd, Larner & Kent, Newark, N. J., Toner, Crowley, Woelper & Vanderbilt, Newark, N. J., John A. Ackerman, Newark, N. J., on the brief), for appellee.

Before KALODNER and HASTIE, Circuit Judges and KIRKPATRICK, District Judge.

PER CURIAM.

On review of the record we find no error. The judgment of the District Court will be affirmed for the reasons stated by Judge Lane in his excellent opinion reported at 217 F.Supp. 341 (D.N.J.1963).

■

**UNITED STATES of America**

v.

**David CARDONICK, President, Reuben Cardonick, Secretary, Leon Cardonick, Treasurer, of Arrow Vending and Distributing Corp.**

**David Cardonick, Appellant in No. 14,648.**

**Reuben Cardonick, Appellant in No. 14,649.**

**Nos. 14648, 14649.**

United States Court of Appeals Third Circuit.

Argued Feb. 19, 1964.

Decided March 5, 1964.

Alan Jay Davis, Philadelphia, Pa. (Thomas D. McBride, Herbert W. Yanowitz, Philadelphia, Pa., Wolf, Block, Schorr & Solis-Cohen, Philadelphia, Pa., of counsel, on the brief) for appellants.

Isaac S. Garb, Asst. U. S. Atty., Philadelphia, Pa. (Drew J. T. O'Keefe, U. S. Atty., Philadelphia, Pa., on the brief), for appellee.

Before KALODNER and HASTIE, Circuit Judges and KIRKPATRICK, District Judge.

PER CURIAM.

On review of the record we find no error. The Orders of the District Court revoking probation and imposing sentences of imprisonment will be affirmed.